AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| Carolyn A Pabon | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 13-cv-01147-GAG |
| Thomas J Vilsack, Secretary<br>Department of Agriculture | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rosa Emilia Rodriguez USA Attorney
12th Floor
Chardon Tower
350 Chardon Avenue
San Juan PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elaine Rodriguez-Frank
PO Box 194799
San Juan PR 00919-4799
Tel (787) 250-8592

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

José Arroyo
Deputy Clerk

Date: 02/22/2013

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| Carolyn A Pabon | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 13-cv-01147-GAG |
| Thomas J Vilsack, Secretary<br>Department of Agriculture | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Erik H Holder Attorney General
US Department of Justice
10th & Constitution NW Room 511
Washington DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elaine Rodriguez-Frank
PO Box 194799
San Juan PR 00919-4799
Tel (787) 250-8592

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

Date: 02/22/2013

José Arroyo
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Carolyn A Pabon | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 13-cv-01147-GAG |
| Thomas J Vilsack, Secretary<br>Department of Agriculture | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas J Vilsack Secretary
1400 Independence Ave SW
Washington DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elaine Rodriguez-Frank
PO Box 194799
San Juan PR 00919-4799
Tel (787) 250-8592

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

Date: 02/22/2013

José Arroyo
Deputy Clerk

*Signature of Clerk or Deputy Clerk*